## COMPLAINT

## EXHIBIT D

## U.S. Design Patent No. D604,904 S



US00D604904S

| (12) | United States Design Patent | (10) Patent No.: | US D604,904 S |
|---|---|---|---|
| | Watson | (45) Date of Patent: | ** Nov. 24, 2009 |

(54) **RAZOR CARTRIDGE**

(75) Inventor: **Brian Patrick Watson**, Albion, RI (US)

(73) Assignee: **The Gillette Company**, Boston, MA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/325,197**

(22) Filed: **Sep. 26, 2008**

(51) LOC (9) Cl. .................................................. **28-03**
(52) U.S. Cl. ...................................................... **D28/47**
(58) **Field of Classification Search** .................. 30/32, 30/34.05, 34.1, 34.2, 41–41.8, 44–45, 47–51, 30/53–58, 526–533, 537, 77–83, 538; D28/44.1–48
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 5,056,222 | A | * | 10/1991 | Miller et al. .................. 30/77 |
| 5,313,705 | A | * | 5/1994 | Rivers et al. ................. 30/50 |
| 5,456,009 | A | * | 10/1995 | Wexler ......................... 30/77 |
| D516,243 | S | * | 2/2006 | Nakasuka .................... D28/47 |
| D526,089 | S | * | 8/2006 | Fischer et al. ............... D28/47 |
| 7,200,942 | B2 | * | 4/2007 | Richard ....................... 30/526 |
| D566,897 | S | * | 4/2008 | Lee .............................. D28/46 |
| D588,744 | S | * | 3/2009 | Fischer et al. ............... D28/47 |
| 2003/0217470 | A1 | * | 11/2003 | Follo et al. .................... 30/81 |
| 2004/0231161 | A1 | * | 11/2004 | Coffin et al. .................. 30/50 |

* cited by examiner

*Primary Examiner*—Jennifer Rivard
(74) *Attorney, Agent, or Firm*—Kevin C. Johnson; Steven W. Miller

(57) **CLAIM**

The ornamental design for a razor cartridge, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view as seen from the bottom, rear and right side of a razor cartridge showing my new design;

FIG. 2 is a bottom plan view thereof;

FIG. 3 is a perspective view thereof as seen from the top, rear and right side;

FIG. 4 is a perspective view thereof as seen from the top, front and left side;

FIG. 5 is a left side elevational view thereof, the right side elevation being a mirror image thereof;

FIG. 6 is a rear elevational view thereof; and,

FIG. 7 is a front elevational view thereof.

**1 Claim, 3 Drawing Sheets**



U.S. Patent  Nov. 24, 2009  Sheet 1 of 3  US D604,904 S



Fig. 1



Fig. 2



Fig. 3



Fig. 4



Fig. 5



Fig. 6



Fig. 7



Fig. 8

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.         : Des. 604,904 S  
APPLICATION NO. : 29/325197  
DATED                 : November 24, 2009  
INVENTOR(S)        : Brian Patrick Watson

Page 1 of 1

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Cover Page
Under the description of figures insert --Fig. 8 is a top plan view thereof--.

Signed and Sealed this

Fifth Day of January, 2010

David J. Kappos  
*Director of the United States Patent and Trademark Office*